NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PETER C. NWOGU, DOING BUSINESS AS, ENVIRONMENTAL SAFETY CONSULTANTS, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5015

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-268, Judge Marian Blank Horn.

---

**ON MOTION**

---

## ORDER

Upon consideration of the appellant's motion for an extension of time, until January 31, 2011, to obtain counsel, and to file a brief,

IT IS ORDERED THAT:

(1) The motion is granted. The appellant's brief is due January 31, 2011.

(2) The docketing fee is due within 21 days of the date of filing of this order.

FOR THE COURT

DEC 0 3 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Yaw Akuoko, Esq.
David F. D'Alessandris, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 3 2010

JAN HORBALY
CLERK